Joseph Moskowitz, Appellant, *v.* Leon Feuer, as Executor of Joseph Feuer, Deceased, Respondent.

Argued May 17, 1943; decided July 20, 1943.

*Jacob H. Gilbert, Susan Brandeis* and *Harold L. Crossman* for appellant.

*Edgar R. Kraetzer* and *Herbert M. Statt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.